# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN PEREZ, et al., <br><br>                Plaintiffs, <br>    v. <br><br> GAMESA WIND US LLC, et al., <br><br>                Defendants. | Case No.: 1:16-cv-00859 DAD JLT <br><br> ORDER REASSIGNING CASE <br><br> Old Case Number:  1:16-cv-00859 DAD JLT <br><br> New Case Number: 1:16-cv-00859 JLT |

The parties have consented to Magistrate Judge jurisdiction for all further proceedings in this case, including trial and entry of final judgment, in accordance with 28 U.S.C. § 636(c)(1).  The defendants consented in writing twice.  (Doc. Nos. 8 at 9 & 9.)  The plaintiffs indicated their consent on the record in open court at the scheduling conference held on September 20, 2016.[1]  (Doc. No. 10)

Accordingly, the Court **ORDERS** that this case is hereby REASSIGNED to U.S. Magistrate Judge Jennifer L. Thurston for all future proceedings and RENUMBERED as 1:16-cv-00859 JLT.  The parties are directed to use this new case number in all future filings.

IT IS SO ORDERED.

Dated:   **October 4, 2016**

                                                                         /s/ Dale A. Drozd
                                                    UNITED STATES DISTRICT JUDGE

---

[1] Nonetheless, plaintiff's counsel will be directed to file with the court the written form consenting to Magistrate Judge jurisdiction over this action within ten days of the date of this order.