# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN PEREZ, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GAMESA WIND US, LLC, et al.,<br><br>    Defendants. | Case No.: 1:16-cv-00859 JLT<br><br>ORDER GRANTING ORAL STIPULATION TO AMEND THE COMPLAINT |

At the scheduling conference, counsel agreed that the complaint would be amended to reflect the proper defendants. Counsel agreed that GAMESA WIND US, LLC and GAMESA TECHNOLOGY CORPORATION, INC. are proper defendants but GAMESA and GAMESA TECHNOLOGY CORP, INC. are not. Thus, the Court **ORDERS**:

1. GAMESA and GAMESA TECHNOLOGY CORP, INC. are DISMISSED;
2. GAMESA TECHNOLOGY CORPORATION, INC. is SUBSTITUTED into the complaint (Doc. 1-3 at 2-13);
3. No further answer by GAMESA WIND US, LLC or GAMESA TECHNOLOGY CORPORATION, INC. is required.

IT IS SO ORDERED.

Dated:   **October 6, 2016**           **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE