# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN PEREZ, et al., | Case No.: 1:16-cv-00859 JLT |
| Plaintiffs, | SCHEDULING ORDER (Fed. R. Civ. P. 16) |
| v. | Pleading Amendment Deadline: 1/20/2017 |
| GAMESA WIND US, LLC, et al., | |
| Defendants. | Discovery Deadlines:<br>Initial Disclosures: 10/4/2016<br>Non-Expert: 2/8/2017<br>Expert: 5/9/2017<br>Mid-discovery status conference: 12/14/2016 at 8:30 a.m. |
| | Non-Dispositive Motion Deadlines:<br>Filing: 5/22/2017<br>Hearing: 6/26/2017 |
| | Dispositive Motion Deadlines:<br>Filing: 7/10/2017<br>Hearing: 8/8/2017 at 9:30 a.m. |
| | Pre-Trial Conference:<br>9/8/2017 at 9:30 a.m. |
| | Trial: 10/23/2017 at 8:30 a.m.<br>Jury trial: 6-8 days |

**I.** **Date of Scheduling Conference**

September 20, 2016.

1

**II.** **Appearances of Counsel**

K. Poncho Baker appeared on behalf of Plaintiffs.

Andrew Hoag appeared on behalf of Defendants.

**III.** **Pleading Amendment Deadline**

Any requested pleading amendments are ordered to be filed, either through a stipulation or motion to amend, no later than **January 20, 2017**.

**IV.** **Discovery Plan and Cut-Off Date**

The parties agree the depositions of the plaintiffs may last for ten hours each and either deposition may be divided over two days. Also, the defendants may propound up to 35 interrogatories on each plaintiff and the plaintiffs may propound this same number as to each defendant.

The parties are ordered to exchange the initial disclosures required by Fed. R. Civ. P. 26(a)(1) on or before **October 4, 2016**.

The parties are ordered to complete all discovery as to non-experts by **February 8, 2017** and discovery regarding experts no later than **May 9, 2017**.

The parties are directed to disclose all expert witnesses[1] in writing, on or before **March 14, 2017** and to disclose any rebuttal experts by **April 11, 2017**. The written designation of retained and non-retained experts shall **be made pursuant to Fed. R. Civ. P. Rule 26(a)(2), (A), (B), and (C) and shall include all information required thereunder**. Failure to designate experts in compliance with this order may result in the Court excluding the testimony or other evidence offered through such experts that are not disclosed pursuant to this order. The provisions of Fed. R. Civ. P. 26(b)(4) and (5) shall apply to all discovery relating to experts and their opinions. Experts must be fully prepared to be examined on all subjects and opinions included in the designation. Failure to comply will result in the imposition of sanctions, which may include striking the expert designation and preclusion of expert testimony. The provisions of Fed. R. Civ. P. 26(e) regarding a party's duty to timely supplement disclosures and responses to discovery requests will be strictly enforced.

A mid-discovery status conference is scheduled for **December 14, 2016** at 8:30 a.m. before

---

[1] In the event an expert will offer opinions related to an independent medical or mental health evaluation, the examination **SHALL** occur sufficiently in advance of the disclosure deadline so the expert's report fully details the expert's opinions in this regard.

the Honorable Jennifer L. Thurston, U.S. Magistrate Judge, located at 510 19th Street, Bakersfield, California. Counsel SHALL file a joint mid-discovery status conference report one week before the conference.  Counsel also SHALL lodge the status report via e-mail to JLTorders@caed.uscourts.gov.  The joint statement **SHALL** outline the discovery counsel have completed and that which needs to be completed as well as any impediments to completing the discovery within the deadlines set forth in this order.  Counsel may appear via the CourtCall service but they must provide a written notice of their intent to do so to the Magistrate Judge's Courtroom Deputy Clerk at least than five court days before hearing.

V.     **Pre-Trial Motion Schedule**

All non-dispositive pre-trial motions, including any discovery motions, shall be filed no later than **May 22, 2017**, and heard on or before **June 26, 2017**.  Non-dispositive motions are heard before the Honorable Jennifer L. Thurston, United States Magistrate Judge at the United States Courthouse in Bakersfield, California.

**No motion to amend or stipulation to amend the case schedule will be entertained unless it is filed at least one week before the first deadline the parties wish to extend.**  Likewise, no written discovery motions shall be filed without the prior approval of the assigned Magistrate Judge.  A party with a discovery dispute must first confer with the opposing party in a good faith effort to resolve by agreement the issues in dispute.  If that good faith effort is unsuccessful, the moving party promptly shall seek a telephonic hearing with all involved parties and the Magistrate Judge.  It shall be the obligation of the moving party to arrange and originate the conference call to the court.  To schedule this telephonic hearing, the parties are ordered to contact the Courtroom Deputy Clerk, Susan Hall, at (661) 326-6620 or via email at SHall@caed.uscourts.gov.  **Counsel must comply with Local Rule 251 with respect to discovery disputes or the motion will be denied without prejudice and dropped from the Court's calendar.**

All dispositive pre-trial motions shall be filed no later than **July 10, 2017**, and heard no later than **August 8, 2017**.  In scheduling such motions, **counsel shall comply with Fed. R. Civ. P. 56 and Local Rules 230 and 260**.

VI.    **Motions for Summary Judgment or Summary Adjudication**

3

**At least 21 days before** filing a motion for summary judgment or motion for summary adjudication, the parties are **ORDERED** to meet, in person or by telephone, to confer about the issues to be raised in the motion.

The purpose of the meeting shall be to: 1) avoid filing motions for summary judgment where a question of fact exists; 2) determine whether the respondent agrees that the motion has merit in whole or in part; 3) discuss whether issues can be resolved without the necessity of briefing; 4) narrow the issues for review by the court; 5) explore the possibility of settlement before the parties incur the expense of briefing a motion; and 6) to develop a joint statement of undisputed facts.

The moving party **SHALL** initiate the meeting and **SHALL** provide a complete, proposed statement of undisputed facts **at least five days before** the conference. The finalized joint statement of undisputed facts **SHALL** include all facts that the parties agree, for purposes of the motion, may be deemed true. In addition to the requirements of Local Rule 260, the moving party shall file the joint statement of undisputed facts.

In the notice of motion the moving party **SHALL** certify that the parties have met and conferred as ordered above, or set forth a statement of good cause for the failure to meet and confer. **Failure to comply may result in the motion being stricken.**

VII. **Pre-Trial Conference Date**

**September 8, 2017** at 9:30 a.m. before Judge Thurston.

The parties are ordered to file a **Joint Pretrial Statement pursuant to Local Rule 281(a)(2)**. The parties are further directed to submit a digital copy of their pretrial statement in Word format, directly to Judge Thurston's chambers, by email at JLTorders@caed.uscourts.gov.

Counsels' attention is directed to **Rules 281 and 282 of the Local Rules** of Practice for the Eastern District of California, as to the obligations of counsel in preparing for the pre-trial conference. The Court will insist upon strict compliance with those rules. In addition to the matters set forth in the Local Rules the Joint Pretrial Statement shall include a Joint Statement of the case to be used by the Court to explain the nature of the case to the jury during voir dire.

VIII. **Trial Date**

**October 23, 2017** at 8:30 a.m. before Judge Thurston

4

A.  This is a jury trial.

B.  Counsels' Estimate of Trial Time: 6-8 days.

C.  Counsels' attention is directed to Local Rules of Practice for the Eastern District of California, Rule 285.

## IX. Settlement

The parties consent to referral to the VDRP. However, they feel that the referral should be delayed until after they complete some discovery. Thus, when they agree the matter is ripe for the referral, they may submit a stipulation requesting the referral at that time.

The Court does not set a settlement conference at this time. If, in the future, the parties feel that a settlement conference is likely to be fruitful, they may submit a stipulation requesting the Court schedule a conference. The stipulation should propose dates about 60 days into the future to allow sufficient time to secure the services of a Magistrate Judge in Fresno.

## X. Request for Bifurcation, Appointment of Special Master, or other Techniques to Shorten Trial

The defendants may move to trifurcate, with a liability phase, a damages phase and then a punitive damages phase. Any request to do so must be raised in the joint pretrial conference statement.

## XI. Related Matters Pending

There are no pending related matters.

## XII. Compliance with Federal Procedure

All counsel are expected to familiarize themselves with the Federal Rules of Civil Procedure and the Local Rules of Practice of the Eastern District of California, and to keep abreast of any amendments thereto. The Court must insist upon compliance with these Rules if it is to efficiently handle its increasing case load and sanctions will be imposed for failure to follow both the Federal Rules of Civil Procedure and the Local Rules of Practice for the Eastern District of California.

## XIII. Effect of this Order

The foregoing order represents the best estimate of the court and counsel as to the agenda most suitable to dispose of this case. The trial date reserved is specifically reserved for this case. If the parties determine at any time that the schedule outlined in this order cannot be met, counsel are ordered

to notify the court immediately of that fact so that adjustments may be made, either by stipulation or by subsequent status conference.

**The dates set in this Order are considered to be firm and will not be modified absent a showing of good cause even if the request to modify is made by stipulation.  Stipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations, and where appropriate attached exhibits, which establish good cause for granting the relief requested.**

Failure to comply with this order may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:   **October 6, 2016**           /s/ Jennifer L. Thurston
                                       UNITED STATES MAGISTRATE JUDGE