# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN PEREZ and DALE DICKERSON, <br><br> Plaintiffs, <br><br> v. <br><br> GAMESA WIND US, LLC, et al., <br><br> Defendants. | Case No.: 1:16-cv-00859- AWI-JLT <br><br> ORDER DIRECTING THE CLERK TO CLOSE THE ACTION BASED UPON THE PARTIES' STIPULATION FOR DISMISSAL WITH PREJUDICE <br><br> (Doc. 21) |

On June 15, 2017, Ryan Perez and Dale Dickerson filed a stipulation of the parties to dismiss the action with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure, under which "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii).

Because all parties who have appeared in the action signed the stipulation (Doc. 21), it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: **June 19, 2017**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE